# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **GLENN REED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:21-cv-00304-JDL |
| | ) |
| **T.S., et al.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING COMPLAINT

On October 20, 2021, Plaintiff Glenn Reed filed a pro se complaint (ECF No. 1) against Deputy Mearl Reed, Carrie Stone, Jeremy Stone, and T.S. On November 4, 2021, Reed filed a Motion for Leave to Proceed in Forma Pauperis (ECF No. 5), which was granted (ECF No. 6) on November 15, 2021. Reed was instructed to provide notice to the Court of his intent to proceed by December 6, 2021 (ECF No. 6) but failed to provide this notice. On December 14, 2021, Magistrate Judge John C. Nivison issued an Order to Show Cause (ECF No. 7) and set a deadline of December 28, 2021 for Reed's response. Reed did not respond.

Because Reed has not responded to the Order to Show Cause, the complaint (ECF No. 1) is hereby **DISMISSED** for lack of prosecution under D. Me. Local R. 41.1(b).

SO ORDERED.

Dated: January 7, 2022.

/s/ JON D. LEVY
CHIEF U.S. DISTRICT JUDGE